UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-16536 |
| | ) | |
| JOHN E. MAYER | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

## NOTICE OF MOTION

TO:    See Attached Service List:

PLEASE TAKE NOTICE, that on May 26, 2017, at 11:00 a.m., I shall appear before the Honorable Judge Jack B. Schmetterer or before any other Bankruptcy Judge who may be sitting in his place in courtroom 682, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and shall present the MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY AND SUBSTANTIAL CONSUMMATION, a copy of which is attached hereto and is herewith served upon you.

John E. Mayer,
Debtor

By:/s/ William E. Jamison, Jr.
         William E. Jamison, Jr., & Associates
         Attorney for Debtor
         53 W. Jackson Blvd.
         Suite # 309
         Chicago, IL 60604
         (312) 226-8500

## CERTIFICATE OF SERVICE

I, William E. Jamison, Jr., an attorney, state that I caused a copy of the above Notice of Motion and MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY AND SUBSTANTIAL CONSUMMATION to be served upon the attached service list by depositing the same in the U.S. Mail first class postage prepaid on April 18, 2017, before the hour of 5:00 p.m. at 53 W. Jackson, Blvd, Chicago, Illinois.

/s/ William E. Jamison, Jr.

Label Matrix for local noticing
0752-1
Case 16-16536
Northern District of Illinois
Chicago
Tue Apr 18 09:54:24 CDT 2017

Ann Rottinghause
5756 S Kimbark
Chicago, IL 60637-1615

Brad Esposito
C/O Jonathan Bailey
P.O.Box 57359
Chicago, IL 60657-7351

Chase Bank
Attn. Court Orders & Levies
P.O. Box 181364
Columbus, OH  43218-3164

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

HC Processing
P.O. Box 268808
Oklohoma CIty, OK 73126-8808

Illinois Department Of Revenue
Installment Contract Unit
P.O.Box 19035
Springfield, IL  62794-9035

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joel Schecter
Attorney At Law
53 W. Jackson Blvd Suite 1522
Chicago, IL 60604-3761

Nogginpowr2, Inc.
25 E Washington St Suite 1215
Chicago, IL 60602-1871

JPMorgan Chase Bank, N.A. National Bankruptc
Chase Records Center
Attn: Correspondence Mail
700 Kansas Lane
Mail Code: LA4-5555
Monroe, LA 71203-4774

Aspire Properties
25 E Washington
Suite 1001
Chicago IL 60602-1705

Brad Esposito
Martin J. Wasserman/Carlson Dash LLC
216 S Jefferson Street Suite 504
Chicago, IL 60661-5698

Comcast Cable Office
POB 3001
Southeastern PA 19398-3001

Dept of Treasury - Internal Revenue Service
P.O. BOX 7346
PHILADELPHIA, PA   19101-7346

HC Processing Center
POB 268808
Chicago IL 60626-8808

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0388

JPMorgan Chase Bank, N.A. National Bankruptc
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

Law Offices of Joel A. Schechter
53 West Jackson Blvd.
Suite 1522
Chicago, IL 60604-3761

Pittsfield Development
55 East Washington
Chicago, IL 60602-2103

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Brad Esposito
C/O Johnathan Bailey
POB 5793
Chicago IL 60680-5793

Chase Auto Loan Finance
P.O. Box 9001083
Louiville, KY 40290-1083

Comcast-Office
P.O. Box 3001
Southeastern, PA  19398-3001

HC PROCESSING CENTER
PO BOX 829
SPRINGDALE AR 72765-0829

Health Care Services Corporation
D/B/A Blue Cross Blue Shield Of Illinois
300 East Randolph Street
Chicago, IL 60601-5099

(p) ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Joel Schecter
55 W Jackson Blvd Ste 1522
Chicago IL 60604-3507

Mayer John E
172 North Mariion
Oak Park, IL 60301-1005

Pittsfield Development LLC
55 E Washington
Chicago IL 60602-2103

Pittsfield LLC
55 E Washington Street
Chicago IL 60602-2103

United States Trustee
MN008-T395
P.O. Box 1459
Minnieapolis, MN 55440-1459

William E Jamison Jr
& Associates
53 W Jackson Blvd Ste #309
Chicago, IL 60604-3401

John E Mayer
25 E Washington St
Suite 1615
Chicago, IL 60602-1882

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

William E. Jamison Jr.
William E. Jamison Jr., Attorney at Law
53 W. Jackson Blvd.
309
Chicago, IL 60604-3401

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Illinois Dept of Revenue
Installment Contract Unit
POB 19035
Springfield IL 62794

Internal Revenue Service
Cincinnati OH 45999

(d)Internal Revenue Service
Cincinnati, OH  45999

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Law Offices of Joel A. Schechter

(d)Aspire Properties
25 E. Washington, Suite 1001
Chicago, IL 60602-1705

(u)Brad Esposito

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Case No. 16-16536 |
| | ) | |
| JOHN E. MAYER | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

### APPLICATION FOR FINAL DECREE
### AND ORDER OF SUBSTANTIAL CONSUMATION

NOW COMES, the Reorganized Debtor, **JOHN E. MAYER**, by and through his attorney WILLIAM E. JAMISON, JR., and ask this Honorable Court to enter a Final Decree, as well as closing this case with a reservation of jurisdiction to reopen this case for any reasons stated in the confirmed Chapter 1 1 Plan and/or Disclosure Statement. In support thereof, the Reorganized Debtor states as follows:

1.      On May 17, 2016, the Debtor filed a Voluntary Petition for Relief, according to the provisions of Chapter 1 1 of the Code.

2.      On May 10, 2017, this Court held a hearing and entered an Order pursuant to Section 1129 of the Bankruptcy Code confirming the Debtor's Third Amended Plan of Reorganization.

3.      The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. See attached Exhibit A, a true and correct copy of the Debtor's proof of payments for September.

4.      Debtor requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the Reorganized Debtor, John E. Mayer, ask this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

Respectfully Submitted,
JOHN E. MAYER

By:/s/ William E. Jamison, Jr.

William E. Jamison, Jr.
Attorney at Law
53 W. Jackson Blvd.
Suite 309
Chicago, IL 60604
(312) 226 - 8500